| AO 10<br>Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2018** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Gregory, Roger L. | 2. Court or Organization<br><br>US Court of Appeals - 4th Cir. | 3. Date of Report<br><br>05/15/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>Article III Judge - Active | 5a. Report Type (check appropriate type)<br> ☐ Nomination  Date<br> ☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐  Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>1000 East Main Street<br>Suite 212<br>Richmond, VA 23219-3517 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐  NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | University of Richmond |
| 2. | Trustee | John Marshall Foundation |
| 3. | Administrator | Estate #1 (See Part VIII. Explanation) |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑  NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Survivor Income Pension - Altria Group, Inc. | $20,053.56 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Kelly Services, Inc. - Wages |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Arizona James E. Rogers College of Law | 02/09/2018 to 02/12/2018 | Phoenix, AZ | 2018 O'Connor Justice Prize Dinner | Travel, Lodging & Meals |
| 2. | Brooklyn Law School, Thirty-Third Annual Prince Memorial Evidence Competition | 03/15/2018 to 03/18/2018 | Brooklyn, NY | Judging Final Round Moot Court | Travel & Meals |
| 3. | Norfolk & Portsmouth Bar Association | 04/10/2018 to 04/10/2018 | Norfolk, VA | Keynote Speaker | Travel |
| 4. | Lawyers for Civil Justice (LCJ) | 05/04/2018 to 05/05/2018 | Washington, DC | Panel Speaker | Travel & Lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gregory, Roger L. | 05/15/2019 |

| 5. | The Washington Bar Association (WBA) | 05/05/2018 to 05/06/2018 | Washington, DC | Charles Hamilton Houston Medallion of Merit Recipient | Lodging |
|---|---|---|---|---|---|
| 6. | University of Maryland, Francis King Carey School of Law | 05/17/2018 to 05/18/2018 | Baltimore, MD | Commencement Speaker | Travel, Lodging, & Meal |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Direct Loan - U.S. Dep't of Education | Student Loan | K |
| 2. | SLM Corp. - Sallie Mae - U.S. Dep't Education | Student Loan | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Suntrust Bank Interest Checking | A | Interest | J | T | | | | | |
| 2. Wells Fargo Interest Checking | A | Interest | K | T | | | | | |
| 3. BB&T Bank Checking | | None | J | T | Open | 04/27/18 | L | | |
| 4. Prudential Insurance Variable Annuity "(H)" | | | | | | | | | See Part VIII. Explanation |
| 5. Prudential Jennison | | None | J | T | | | | | |
| 6. Prudential Flexible Managed | | None | L | T | | | | | |
| 7. Prudential High Yield Bond | | None | K | T | | | | | |
| 8. ManuLife Financial - Common Stock | B | Dividend | K | T | | | | | |
| 9. New York Life IRA - Fixed Annuity | A | Interest | K | T | | | | | |
| 10. RiverSource Life Insurance Company IRA Fixed | A | Interest | K | T | | | | | |
| 11. Consolidated Bank & Trust/Premier Bank | A | Interest | K | T | | | | | |
| 12. John Hancock Life Ins. - term & whole life policy | B | Dividend | L | T | | | | | |
| 13. New York Life Ins. Co. - term & whole life policy | B | Interest | J | T | | | | | |
| 14. Call Federal Credit Union | | None | J | T | | | | | |
| 15. SunTrust Money Market Account | A | Interest | J | T | | | | | |
| 16. Altria Group, Inc. | A | Dividend | J | T | | | | | |
| 17. Philip Morris Int'l, Inc. | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Mgmt. Trust Co. - IRA "(H)" | | | | | | | | | See Part VIII. Explanation |
| 19. Fidelity Gov't Money Mkt. | A | Dividend | J | T | | | | | |
| 20. Strategic Advisers Core Fund | D | Dividend | L | T | Sold (part) | 01/18/18 | J | A | Stock Market |
| 21. | | | | | Buy (add'l) | 02/13/18 | J | | Stock Market |
| 22. | | | | | Sold (part) | 03/08/18 | J | A | Stock Market |
| 23. | | | | | Buy (add'l) | 04/04/18 | J | | Stock Market |
| 24. | | | | | Sold (part) | 04/12/18 | J | A | Stock Market |
| 25. | | | | | Sold (part) | 06/28/18 | J | A | Stock Market |
| 26. | | | | | Sold (part) | 09/07/18 | J | A | Stock Market |
| 27. | | | | | Buy (add'l) | 12/14/18 | J | | Stock Market |
| 28. | | | | | Buy (add'l) | 12/28/18 | J | | Stock Market |
| 29. Strategic Advisers Growth Fund | D | Dividend | K | T | Sold (part) | 01/18/18 | J | A | Stock Market |
| 30. | | | | | Sold (part) | 03/08/18 | J | A | Stock Market |
| 31. | | | | | Buy (add'l) | 04/04/18 | J | | Stock Market |
| 32. | | | | | Sold (part) | 04/12/18 | J | A | Stock Market |
| 33. | | | | | Sold (part) | 06/28/18 | J | A | Stock Market |
| 34. | | | | | Sold (part) | 09/07/18 | J | A | Stock Market |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 10/17/18 | J | | Stock Market |
| 36. | | | | | Buy (add'l) | 12/28/18 | J | | Stock Market |
| 37. Strategic Advisers Value Fund | C | Dividend | K | T | Sold (part) | 06/28/18 | J | A | Stock Market |
| 38. | | | | | Sold (part) | 09/07/18 | J | A | Stock Market |
| 39. | | | | | Buy (add'l) | 12/28/18 | J | | Stock Market |
| 40. Strategic Advisers Emerging Markets | A | Dividend | K | T | Sold (part) | 02/13/18 | J | A | Stock Market |
| 41. | | | | | Buy (add'l) | 04/12/18 | J | | Stock Market |
| 42. Strategic Advisers Small-Mid Cap Fund | C | Dividend | K | T | Sold (part) | 01/18/18 | J | A | Stock Market |
| 43. | | | | | Buy (add'l) | 02/13/18 | J | | Stock Market |
| 44. | | | | | Buy (add'l) | 04/12/18 | J | | Stock Market |
| 45. | | | | | Sold (part) | 09/07/18 | J | A | Stock Market |
| 46. | | | | | Buy (add'l) | 10/17/18 | J | | Stock Market |
| 47. | | | | | Sold (part) | 12/14/18 | J | | Stock Market |
| 48. | | | | | Buy (add'l) | 12/28/18 | J | | Stock Market |
| 49. Strategic Advisers International Fund | C | Dividend | L | T | Sold (part) | 01/18/18 | J | A | Stock Market |
| 50. | | | | | Buy (add'l) | 02/13/18 | J | | Stock Market |
| 51. | | | | | Sold (part) | 03/08/18 | J | A | Stock Market |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 04/12/18 | J | A | Stock Market |
| 53. | | | | | Sold (part) | 06/28/18 | J | | Stock Market |
| 54. | | | | | Buy (add'l) | 09/07/18 | J | | Stock Market |
| 55. | | | | | Buy (add'l) | 12/14/18 | J | | Stock Market |
| 56. Fidelity SAI U.S. Large Cap Index | A | Dividend | J | T | Sold (part) | 12/13/18 | J | A | Stock Market |
| 57. Fidelity SAI International Index | A | Dividend | J | T | Buy (add'l) | 02/13/18 | J | | Stock Market |
| 58. | | | | | Buy (add'l) | 06/28/18 | J | | Stock Market |
| 59. | | | | | Sold (part) | 12/14/18 | J | A | Stock Market |
| 60. Fidelity SAI Emerg Market Index | A | Dividend | J | T | Buy (add'l) | 09/07/18 | J | | Stock Market |
| 61. | | | | | Sold (part) | 12/14/18 | J | A | Stock Market |
| 62. AQR Multi Strgy Alternative Class N | | None | J | T | | | | | Stock Market |
| 63. AQR Managed Futures Fund CL N | | None | J | T | Buy (add'l) | 02/13/18 | J | | Stock Market |
| 64. Fidelity Total Bond "(H)" | | | | | | | | | See Part VIII. Explanation |
| 65. Strategic Advisers Short Duration Fund | A | Dividend | J | T | Sold (part) | 10/17/18 | J | | Stock Market |
| 66. | | | | | Sold (part) | 12/14/18 | J | | Stock Market |
| 67. Strategic Advisers Income Opportunities | A | Dividend | J | T | Sold (part) | 10/17/18 | J | | Stock Market |
| 68. | | | | | Sold (part) | 12/14/18 | J | | Stock Market |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Strategic Advisers Core Income Fund | C | Dividend | M | T | Buy (add'l) | 01/18/18 | J | | Stock Market |
| 70. | | | | | Sold (part) | 02/13/18 | J | | Stock Market |
| 71. | | | | | Buy (add'l) | 03/08/18 | J | | Stock Market |
| 72. | | | | | Sold (part) | 04/04/18 | J | | Stock Market |
| 73. | | | | | Buy (add'l) | 04/12/18 | J | | Stock Market |
| 74. | | | | | Buy (add'l) | 06/28/18 | J | | Stock Market |
| 75. | | | | | Buy (add'l) | 09/07/18 | J | | Stock Market |
| 76. | | | | | Sold (part) | 10/17/18 | J | | Stock Market |
| 77. | | | | | Sold (part) | 12/28/18 | J | | Stock Market |
| 78. Eaton Vance GL Macro Absolute Rtrn ADV I | A | Dividend | J | T | | | | | |
| 79. PIMCO Commodity Real Return Inst | A | Dividend | J | T | | | | | |
| 80. FIMM Government Portfolio: Instl CL | A | Dividend | J | T | Sold (part) | 02/12/18 | J | | Stock Market |
| 81. | | | | | Buy (add'l) | 02/13/18 | J | | Stock Market |
| 82. | | | | | Sold (part) | 05/14/18 | J | | Stock Market |
| 83. | | | | | Buy (add'l) | 06/28/18 | J | | Stock Market |
| 84. | | | | | Sold (part) | 09/07/18 | J | | Stock Market |
| 85. | | | | | Sold (part) | 09/24/18 | J | | Stock Market |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 10/17/18 | J | | Stock Market |
| 87. | | | | | Sold (part) | 11/13/18 | J | | Stock Market |
| 88. | | | | | Buy (add'l) | 12/14/18 | J | | Stock Market |
| 89. Fidelity Deferred Annuity Account | | None | M | T | | | | | |
| 90. Fidelity Rollover IRA "Cash Account" | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L. | 05/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

### I. POSITIONS

Line 3:  Reference to Estate #1.  On May 29, 2018, I was appointed Administrator of my ▮▮▮ (deceased) small estate.  According to "Filing Instructions for Judicial Officers and Employees," page 31, "Trusts," I am not required to list in Part VII, the assets involved in the estate because I, ▮▮▮▮ and ▮▮▮▮ do not (1) receive income from the estate, or (2) have a beneficial interest in principle or income from the estate.  Moreover, I have not and will not receive any compensation for serving as Administrator of the estate.

### VII. INVESTMENTS AND TRUSTS

Line 4:  Prudential Insurance Variable Annuity.  No information is reported on Line 4 because I report all income and values for the sub-Funds of the Prudential Insurance Variable Annuity on Lines 5 through 7.

Line 18:  Fidelity Management Trust Co. - IRA.  No information is reported on Line 18 because I report all transactions, income, and values related to stocks, mutual funds, bonds, and the deferred annuity account managed by Fidelity Management Trust Company on Lines 19 through 63.

Line 64:  Fidelity Total Bond.  No information is reported on Line 64 because I report all transactions, income, and values related to the Bond accounts under Fidelity Total Bond on Lines 65 through 88.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Roger L. Gregory**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544